■ EUGENIA MATHEWS, Respondent, v. PATRICK J. RAMAGLINO, Defendant, and SYRACUSE TRANSIT CORPORATION, Appellant. MARY STRICKLAND,

Respondent, v. PATRICK J. RAMAGLINO, Defendant, and SYRACUSE TRANSIT CORPORATION, Appellant. LUCILLE BROWN, Respondent, v. PATRICK J. RAMAGLINO, Defendant, and SYRACUSE TRANSIT CORPORATION, Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Onondaga County Court reversing three judgments of Syracuse Municipal Court for defendant Syracuse Transit Corporation for no cause of action as to each of the three plaintiffs, and granting a new trial in a bus line negligence action.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.